Richard L. Fredericks
750 Lawrence, Suite #2
Eugene, OR  97401
Tel:   (541) 343-6118
Fax:   (541) 683-9240
Email: rlfred@comcast.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:17-CR-00274-003-MC |
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE TRIAL |
| v. | |
| TYLER WAYNE FULLER, | |
| Defendant. | |

Defendant, Tyler Wayne Fuller, through his attorney, Richard L. Fredericks, moves the court for a continuance of the trial to May 14, 2018.  That is the trial date scheduled for co-defendant Thrasher. This motion is supported by a declaration of counsel submitted herewith.

This motion is unopposed by Assistant United States Attorney Frank Papagni.

This continuance constitutes excludable delay to pursuant to Title l8, United States Code, Section 3l6l(h)(7)(A).  The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Fuller in a speedy trial because the additional time is necessary to afford defense counsel sufficient time to complete discovery, investigate the case, conduct research, consult with Mr. Fuller, and prepare his case.  Mr. Fuller acknowledges his right to a speedy trial under the Speedy Trial Act and agrees that this motion will result in excludable delay under the Act.  The defense notes that approximately 50,000 pages of discovery have been disclosed to date.

RESPECTFULLY submitted this 19th  day of January, 2018.

/s/ Richard L. Fredericks
Richard L. Fredericks
Attorney for Defendant